UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Case Number: _____

SAMUEL LEHI CHURCHILL
(Write the full name of the plaintiff)

vs.

ARMOR CORRECTIONAL HEALTH INC.

_____

_____

(Write the full name of the defendant/s in this case)

FILED BY __MC__ D.C.
JUN - 9 2023
ANGELA E. NOBLE
CLERK U.S DIST CT.
S.D. OF FLA. - MIAMI

# COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

## I. Party Information

A. Plaintiff: SAMUEL LEHI CHURCHILL

Address: 800 S.E. MONTEREY RD. STUART, FL 34994

Inmate/Prison No.: 000321

Year of Birth: 1983 (Do **not** include day or month, pursuant to Fed. R. Civ. P 5.2)

(Write your name, address and prison/inmate number, if applicable)

vs.

B. Defendant: Armor Correctional Health Inc.  Defendant: _____

Official Position: MEDICAL PROVIDER   Official Position: _____

Place of Employment: MARTIN COUNTY JAIL   Place of Employment: _____

(Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants.)

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and places. Each claim should be stated in a separately numbered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

1) I, SAMUEL CHURCHILL, BROKE MY RIGHT FOOT AT MARTIN COUNTY JAIL, MARTIN COUNTY, FLORIDA JAN 18TH, 2023

2) ON JAN 19TH, 2023 I RECIEVED AN X-RAY FROM TECH-CARE X-RAY

3) ON JAN 20TH, 2023 X-RAYS CAME BACK CONFIRMING ACUTE FRACTURES

4) AT THIS POINT ARMOR CORRECTIONAL HEALTH INC. DID NOTHING TO BRACE OR TEMPORARY FIX TO THIS INJURY

5) MARCH, 2023, 2 MONTHS LATER, AFTER A SERIES OF —
CONT... →

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

I THE PLAINTIFF, SAMUEL CHURCHILL, WISHES TO REQUEST THE FOLLOWING; MONETARY DAMAGES PLUS INTEREST; PAST PAIN AND SUFFERING AS WELL AS FUTURE PAIN AND SUFFERING IN THE SUM OF $750,000; FUTURE MEDICAL TREATMENT FOR REPAIR AND RECONSTRUCTION; A SUM OF $250,000 FOR RESULTING PHYSICAL IMPAIRMENT, AS WELL AS PROPER REHABILITATION FOR RECOVERY; AND AN ADDITIONAL SUM OF $500,000 FOR THE MEDICAL NEGLIGENCE SUFFERED AND CONTINUE TO SUFFER, AS WELL AS MONETARY DAMAGES FOR MENTAL ANGUISH.

## II. Statement of Claim

sick calls to Armor Correctional Health Inc. and administrative complaints about medical, I was transported to an outside specialist which also confirmed acute fractures as well as other issues due to break and negligence of lack of medical attention to my injury.

6) Orthopedic Physician (whose name is unknown at this time) sent transcripts with medical orders for CAT scan and surgery with transport officer (whose name is unknown at this time) to give to Armor Correctional Health Inc. which he did.

7) Outside Orthopedic Specialist (whose name is unknown) explained foot needs re-broke, straightened, pins, rods, wires, with boney remodeling; an extensive process.

8) Since March's appointment, Armor Correctional Health Inc has failed to do anything, leaving me in bad physical condition.

9) I have filed numerous sick-calls and none have been answered.

10) I have filed 12 Inmate Request for Medical Grievances, none have been responded to.

☐ Statement of Claim

11) I HAVE FILED IN-HOUSE COMPLAINTS, MEDICAL GRIEVANCES AS WELL AS A LETTER TO INTERNAL AFFAIRS.

12) I HAVE EXAUSTED ALL ADMINISTRATIVE OPTIONS TO RECIEVE MEDICAL CARE REGARDING THIS ISSUE.

13) ARMOR CORRECTIONAL HEALTH INC. CONTRACT WITH MARTIN COUNTY JAIL HAS EXPIRED AS OF JUNE 1ST 2023 AND HAS SINCE BEEN REPLACED WITH WELLPATH.

14) ARMOR CORRECTIONAL HEALTH INC. WAS DELIBRATELY INDIFFERENT, EVEN AFTER OUTSIDE PHYSICIAN EXAMINED.

15) ARMOR CORRECTIONAL HEALTH INC. FAILED TO CARRY OUT MEDICAL ORDERS AND DENIED ME PROPER MEDICAL TREATMENT.

_____

_____

IV. Jury Demand

Are you demanding a jury trial?     √ Yes     ___ No

Signed this 5TH day of JUNE, 20 23

_____
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on: JUNE 5TH, 2023

_____
Signature of Plaintiff

Samuel Churchill 000321
800 SE Monterey Rd.
Stuart, FL 34994

**ATTENTION**
This Letter originated from the Martin County Jail. Inmate mail is not censored. The Sheriff cannot assume responsibility for its content.

LEGAL MAIL

WEST PALM BCH FL 334
6 JUN 2023 PM 1 L

Clerk's Office
United States District Court
Southern District of Florida
400 North Miami Avenue, 8N09
Miami, FL 33128-7716

33128-180549