UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SAMUEL LEHI CHURCHILL

CASE NUMBER
2:23−cv−14171−RKA

PLAINTIFF(S)

v.

ARMOR CORRECTIONAL HEALTH, INC., et al.,

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

DEFENDANT(S).

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Vanessa Smith
Denise Parton
Taporsha Smith
Heidi Nieves
Makayla Woods**

as of course, on the date September 22, 2023.

**Angela E. Noble**
CLERK OF COURT

By  /s/ *Patricia Curtis*
Deputy Clerk

cc:  Judge Roy K. Altman
     Samuel Lehi Churchill
     Inmate Mail/Parcels
7000 H.C. Kelley Road

    Orlando, FL
32831

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV–37 (10/01)