UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SAMUEL LEHI CHURCHILL,

  Plaintiff,

vs.

ARMOR CORRECTIONAL HEALTH, INC., DR. JESUS LLANES, PRACTITIONER DENISE PARTON, ALANA HOWE, ARNP, NURSE MAKAYLA WOODS, NURSE HEIDI NIEVES, NURSE TAPORSHA SMITH, and NURSE VANESSA SMITH,

  Defendants.
_____/

Case No. 2:23-cv-14171-RKA

## NOTICE OF MEDIATION

**NOTICE IS HEREBY GIVEN** that the above-captioned matter is scheduled for a Mediation Conference as follows:

  **DATE**: April 9, 2024

  **TIME**: 9:00 a.m. EST (half day)

  **MEDIATOR**: Cathleen Scott, Esq.

  **PLACE**: Remote Proceeding

Respectfully submitted,

/s/ Donna J. Fudge
**Donna J. Fudge, Esq.**

Florida Bar No. 109861
**Bethany N. Wharrie, Esq.**
Florida Bar No. 99217
**Fudge Broadwater, P.A.**
650 16th Street North
St. Petersburg, FL 33705
(727) 490-3100
(727) 490-3101 (Fax)
dfudge@fudgebroadwater.com
eservice@fudgebroadwater.com
bwharrie@fudgebroadwater.com
*Attorneys for Defendant, Alana Howe, APRN*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on this 20th day of October, 2023, on all counsel or parties of records on the Service List below.

/s/ Donna J. Fudge

## SERVICE LIST

| **VIA US MAIL** | **VIA ELECTRONIC MAIL** |
|---|---|
| Samuel Lehi Churchill | Natalia Marrero |
| K66521 | Armas Bertran Pieri |
| Blackwater River Correctional Facility | 4960 SW 72nd Avenue |
| Inmate Mail/Parcels | Suite 206 |
| 5914 Jeff Ates Road | Miami, FL 33155 |
| Milton, FL 32583 | Ph: 3056612021 |
| *Plaintiff* | Fax: 3056612021 |
| | Email: nmarrero@armaslaw.com |
| Veness Smith | *Attorney for Defendant, Dr. Jesus Llanes* |
| 800 SE Montgomery Road | |
| Medical | Paul J. Parton |
| Stuart, FL 34994 | Wright, Ponsoldt & Lozeau |
| | Trial Attorneys, LLP |
| Heidi Nieves | 1002 S.E. Monterey Commons Blvd. |
| 800 SE Montgomery Road | Suite 100 |
| Medical | Stuart, FL 34996 |
| Stuart, FL 34994 | Ph: 772-286-5566 |
| | Fax: 772-286-9102 |

Makayla Woods
Armor Health/Martin County Jail
800 SE Monterey Road
Medical
Stuart, FL 34994

pparton@wpltrialattorneys.com
Timwright@wpltrialattorneys.com
ajohnson@wpltrialattorneys.com
smitchell@wpltrialattorneys.com
*Attorney for Defendant, Denise Parton*